No. D–1772. IN RE DISBARMENT OF STURGIS. Joseph B. Sturgis, of Wilmington, Del., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1773. IN RE DISBARMENT OF TAKACS. John G. Takacs, of Evesham Township, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1774. IN RE DISBARMENT OF MCDONALD. Robert David McDonald, of Great Falls, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1775. IN RE DISBARMENT OF WEISMAN. Steven Neil Weisman, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1776. IN RE DISBARMENT OF HANSEN. Lewis R. Hansen, of West Valley City, Utah, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1777. IN RE DISBARMENT OF WITCHELL. Barry A. Witchell, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1778. IN RE DISBARMENT OF RUDD. Jeffrey D. Rudd, of Roanoke, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.